United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIGGETT C PHELPS,

        Plaintiff,

    v.

OAKLAND RIDERS, et al.,

        Defendants.

Case No. 24-cv-00571-JD

**SECOND ORDER RE DISMISSAL**

The Court directed pro se plaintiff Briggett Phelps to file an amended complaint by March 1, 2024, and advised that "[f]ailure to amend by the deadline will result in dismissal and entry of judgment against Phelps under Rule 41(b)." Dkt. No. 10 at 2. More than three weeks have passed since that deadline, and Phelps has not filed an amended complaint or otherwise communicated with the Court. Consequently, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 25, 2024

JAMES DONATO
United States District Judge